437 A.2d 769

Geraldine McFETRIDGE, Executrix of the Estate of Richard T. McFetridge, Deceased, Appellant,

v.

AIR PRODUCTS & CHEMICALS COMPANY, INC.

v.

WESTINGHOUSE ELECTRIC CORPORATION and Welding and Steel Fabrication Company, Inc.

Superior Court of Pennsylvania.

Argued Nov. 13, 1980.

Filed Nov. 30, 1981.

Steven H. Wyckoff, Pittsburgh, for appellant.

Avrum Levicoff, Pittsburgh, for Air Products & Chemicals Co., Inc., appellee.

Daniel F. Cusick, Pittsburgh, for Westinghouse Elec. Corp., appellee.

Charles Kirshner, Pittsburgh, for Welding and Steel Fabrication Co., Inc., appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

PER CURIAM:

Appeal was taken in this case from a lower court order denying plaintiff's motions to remove compulsory nonsuits and for a new trial. Because the order has not been reduced to judgment and docketed on the basis of Pa.R.A.P. 301(c) the appeal is untimely. *Durkin & Sons, Inc. v. Nether Providence Township School Authority, et al.*, 291 Pa.Superior Ct. 402, 435 A.2d 1288 (1981).

Appeal quashed.

VAN der VOORT, J., files a concurring and dissenting opinion.

470

VAN der VOORT, Judge, concurring and dissenting:

I concur in the action of the majority in quashing this appeal insofar as it pertains to the refusal of plaintiff's motion for a new trial. I respectfully dissent to that part of the decision by the majority insofar as it pertains to the denial of plaintiff's motion to remove the compulsory nonsuits. See my concurring and dissenting opinion in *Durkin & Sons, Inc. v. Nether Providence Township School Authority, et al.,* 291 Pa.Superior Ct. 402, 435 A.2d 1288 (1981).